UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAROLYN WENDY HERZ, ) | |
| ) | NO. 1:18-cv-00001-WTL-MJD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PHILIP SIMON, ) | |
| RICHARD L. YOUNG, ) | |
| DAVID F. HAMILTON, ) | |
| AJIT PAI, ) | |
| MICHAEL O'RIELLY, ) | |
| BRENDAN CARR, ) | |
| FEDERAL TRADE COMMISSION, ) | |
| MITCH MCCONNELL, ) | |
| CURTIS HILL as Attorney General for the ) | |
| State of Indiana, ) | |
| EVAN BAYH, ) | |
| EVAN GOODMAN, ) | |
| FRANCES HILL, ) | |
| MATTHEW HEADLEY, ) | |
| MELISSA THOMPSON, ) | |
| ORA PESCOVITZ a/k/a Carolyn H. Srivastava, ) | |
| DENNIS SASSO, ) | |
| GERALD BEPKO, ) | |
| and DAVID KENNEDY, ) | |
| ) | |
| Defendants. ) | |

**Final Judgment Pursuant to Fed. R. Civ. Pro. 58**

The court having this day made its Order directing the entry of final judgment, this action is dismissed with prejudice.

Date: 2/14/18

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution by U.S. Mail to:

Carolyn Wendy Herz
3105 Lehigh Court
Indianapolis, IN 46268-1320

Distribution to electronically registered counsel via ECF.

2